THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CAHILL and JACK LEWIN, Appellants.— No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

■

IRVING GAINES, Appellant, v. FRANK J. QUIGAN, Respondent.—

Present — Glennon, J. P., Dore, Cohn, Van Voorhis and Shientag, JJ.

■

RUTH W. PERRY, Respondent-Appellant, v. MARSDEN J. PERRY, Appellant-Respondent.— No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

MAY RESCH, Appellant, v. RICHFIL ESTATES, INC., Defendant. SYDNEY U. CRAIG, Respondent.—

No opinion. (See *Buckley* v. *Surface Transp. Corp. of New York,* 277 App. Div. 224.) Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.

■

ARCHDUKE FRANZ JOSEF, Respondent, v. PRINCESS ILEANA OF ROMANIA, Appellant, et al., Defendants.—

No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [Order denied motion to separately state and number causes of action and to make complaint more definite and certain.]

■

TERRY B. WEINBERG, an Infant, by MELVIN WEINBERG, Her Guardian ad Litem, et al., Respondents, v. JULIUS L. SILCHENSTEDT et al., Appellants, et al., Defendants.—

Upon the facts in this case it was improper to grant a preference over all other issues. (See *Bitterman* v. *2007 Davidson Ave.,* 278 App. Div. 759.) Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.